Submitted
June 11, 1968. *Mervyn R. Turk*, Assistant Public Defender, for appellant; *Ralph B. D'Iorio* and *Vram S. Nedurian, Jr.*, Assistant District Attorneys, *William R. Toal, Jr.*, First Assistant District Attorney, and *Stephen J. McEwen, Jr.*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Wilson, Appellant.

Submitted
June 10, 1968. *James Charles Wilson*, appellant, in propria persona; *Vram S. Nedurian, Jr.* and *Ralph B. D'Iorio*, Assistant District Attorneys, *William R. Toal, Jr.*, First Assistant District Attorney, and *Stephen J. McEwen, Jr.*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Wilson, Appellant.

Submitted June 11, 1968. *Tom Wilson*, appellant, in propria persona; *John Woodcock, Jr.*, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.